# United States Court of Appeals
## For the First Circuit

**DOCKETING STATEMENT**

**No.** 25-1772          **Short Title:** Bean Maine Lobster, Inc., et al v. Monterey Bay Aquarium Foundation

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from February 6, 2025
   2. Date this notice of appeal filed February 27, 2025
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? [ ] Yes  [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes  [✓] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [✓] Yes  [ ] No
         If yes, explain The First Circuit granted the petition for permission to appeal under 28 U.S.C. 1292(b).

C. Has this case previously been appealed? [✓] Yes  [ ] No
   If yes, give the case name, docket number and disposition of each prior appeal
   Bean Maine Lobster, Inc., et al v. Monterey Bay Aquarium Foundation (25-1206), briefing currently stayed.

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [✓] Yes  [ ] No
   If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☐ Yes ☑ No
If yes, is a transcript necessary for this appeal? ☐ Yes ☐ No
If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party  See attached.
   Attorney _____
   Address _____
   Telephone _____

2. Adverse party _____
   Attorney _____
   Address _____
   Telephone _____

3. Adverse party _____
   Attorney _____
   Address _____
   Telephone _____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name  See attached.
   Address _____
   Telephone _____

   Attorney's name _____
   Firm _____
   Address _____
   Telephone _____

2. Appellant's name _____
   Address _____
   Telephone _____

   Attorney's name _____
   Firm _____
   Address _____
   Telephone _____

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)   ☑ Yes    ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Lisa S. Blatt
Date  08/29/2025

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

No. 25-1772     Short Title: Bean Lobster, Inc., et al v. Monterey Bay Aquarium Foundation

**Attachment to Docketing Statement**

**D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?**  Yes
**If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.**

> *Bean Maine Lobster, Inc., et al v. Monterey Bay Aquarium Foundation* (No. 25-1206) is an appeal taken from the same district court order in Civil Action No. 2:23-cv-00129-JAW (D. Maine).  That appeal is currently pending before this court.  This court granted a stay of the briefing schedule pending the resolution of the underlying petition for review under 28 U.S.C. § 1292(b) in this case.  Monterey Bay Aquarium Foundation has filed a motion to consolidate this appeal with No. 25-1206.

**F.   List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party.  Attach additional page if necessary.**

**Adverse Parties (Plaintiffs/Appellees):**

Bean Maine Lobster, Inc.

Maine Lobstermen's Association, Inc.

Maine Coast Fishermen's Association, Inc.

Maine Lobster and Processing, LLC d/b/a Atwood Lobster, LLC

Bug Catcher, Inc.

**Attorneys for each Adverse Party (Plaintiff-Appellees)**:

**RUPRECHT & BISCHOFF, LLP**
Clifford Ruprecht
75 Market Street, Suite 303
Portland, ME 04101
(207) 618-5400

**VENABLE LLP**
Edward P. Boyl
151 West 42nd Street, 49th Floor
New York, NY 10036
(212) 808-5675

Kyle H. Keraga
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
410.244.7650

Kevin J. Lipson
Megan Barbero
600 Massachusetts Ave., NW
Washington, D.C. 20001
(202) 344-4415

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

**Appellant:**

Monterey Bay Aquarium Foundation
886 Cannery Row
Monterey Bay, CA  93940

**Attorneys for Appellant**:

**WILLIAMS & CONNOLLY LLP**
Lisa S. Blatt
Joseph M. Terry
Amy Mason Saharia
Nicholas G. Gamse
Alexandra Gutierrez
Claire R. Cahill
680 Maine Ave SW
Washington, DC 20024
202-434-5000

**NORMAN, HANSON & DeTROY, LLC**
Russell B. Pierce, Jr.
Two Canal Plaza
PO Box 4600
Portland, ME 04112
207-774-7000

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on August 29, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Lisa S. Blatt*

LISA S. BLATT

DATED: AUGUST 29, 2025