# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1772       Short Title: Bean Maine Lobster, Inc., et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
See Attachment                                                                 as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

| | |
|---|---|
| /s/ Kyle H. Keraga | 9/3/2025 |
| Signature | Date |
| Kyle H. Keraga | |
| Name | |
| Venable LLP | 410.244.7650 |
| Firm Name (if applicable) | Telephone Number |
| 750 East Pratt Street, Suite 900 | 410.244.7742 |
| Address | Fax Number |
| Baltimore, Maryland 21202 | khkeraga@Venable.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1214412

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes   Court of Appeals No. 25-1206, 25-8012

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**Continuation of Parties Represented as *Appellees* in Case No: 25-1772**

Bean Maine Lobster, Inc., Maine Lobstermen's Association, Inc., Maine Coast Fishermen's Association, Inc., Maine Lobster and Processing, LLC D/B/A Atwood Lobster, LLC., and Bug Catcher, Inc.