# United States Court of Appeals
## For the First Circuit

Nos. 25-1206
     25-1772

BEAN MAINE LOBSTER, INC.; MAINE LOBSTERMEN'S ASSOCIATION; MAINE COAST FISHERMEN'S ASSOCIATION, INC.; MAINE LOBSTER AND PROCESSING, LLC, d/b/a Atwood Lobster, LLC; BUG CATCHER, INC.,

Plaintiffs - Appellees,

v.

MONTEREY BAY AQUARIUM FOUNDATION,

Defendant - Appellant.

**ORDER OF COURT**

Entered: November 17, 2025
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration, the motion to withdraw Attorney Alexandra M. Gutierrez as counsel for Monterey Bay Aquarium Foundation is granted. Attorney Gutierrez's is hereby withdrawn as counsel of record, and Monterey Bay Aquarium Foundation will continue to be represented by the remaining counsel of record.

                                  By the Court:

                                  Anastasia Dubrovsky, Clerk

cc:
Russell B. Pierce, Jr., Lisa S. Blatt, Amy Mason Saharia, Joseph M. Terry, Claire Rossell Cahill, Alexandra Gutierrez, Nicholas G. Gamse, Edward P. Boyle, Clifford H. Ruprecht, Megan Barbero, Kyle H. Keraga, Kevin J. Lipson, Sigmund D. Schutz, Alexandra A. Harriman, Stephanie Diu