**No. 25-1206, 25-1772**

# In the United States Court of Appeals for the First Circuit

BEAN MAINE LOBSTER, INC.; MAINE LOBSTERMEN'S ASSOCIATION; MAINE COAST FISHERMEN'S ASSOCIATION, INC.; MAINE LOBSTER AND PROCESSING, LLC, d/b/a Atwood Lobster, LLC; BUG CATCHER, INC.,

*Plaintiffs-Appellees*,

*v.*

MONTEREY BAY AQUARIUM FOUNDATION

*Defendant -Appellant.*

*On appeal from the United States District Court for the District of Maine, No. 2:23-cv-129, Hon. John A. Woodcock, Jr.*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

| | |
|---|---|
| RUSSELL B. PIERCE, JR. | LISA S. BLATT |
| NORMAN, HANSON, & DETROY, LLC | *Counsel of Record* |
|   *2 Canal Plaza, P.O. Box 4600* | JOSEPH M. TERRY |
|   *Portland, ME 04112* | AMY MASON SAHARIA |
|   *(207) 774-7000* | NICHOLAS G. GAMSE |
|   *rpierce@nhdlaw.com* | CLAIRE R. CAHILL |
| | WILLIAMS & CONNOLLY LLP |
| |   *680 Maine Avenue, S.W.* |
| |   *Washington, DC 20024* |
| |   *(202) 434-5000* |
| |   *lblatt@wc.com* |

*Counsel for Defendant-Appellant*

Pursuant to Federal Rule of Appellate Procedure 26(b), Defendant-Appellant, through undersigned counsel, respectfully requests that this Court enter an order extending the time to file its opening brief and appendix by 30 days.

1. A briefing schedule was entered in these consolidated appeals on November 19, 2025, requiring Appellant to submit its opening brief and appendix by December 29, 2025. Under Appellant's proposed 30-day extension, its opening brief would be due on January 28, 2026.

2. Good cause exists for the proposed extension of time. Appellant's counsel are facing several significant commitments during the briefing period:

   a. Petition for Permission to Appeal due on December 1, 2025, in *MGA Entertainment, Inc. v. Harris*, No. 2:20-cv-11548 (C.D. Cal);

   b. Arguments on December 2, 2025, in *Starbucks v. NLRB*, No. 24-60500 (5th Cir.), and *Starbucks v. NLRB*, No. 24-60516 (5th Cir.);

   c. Petitioner's Brief due on December 4, 2025, in *Hunter v. United States*, No. 24-1063 (U.S.);

   d. Response Brief due on December 10, 2025, in *VIP Products, LLC v. Jack Daniel's Properties, Inc*, No. 25-2027 (9th Cir.); and

1

    e.  Argument on December 11, 2025, in *United States v. Goldstein et al.*, Nos. 24-2509, 24-2513, 24-2514, 24-2523 (2nd Cir.).

3.    In addition, counsel have preexisting travel plans for Thanksgiving and the holidays.

4.    Appellees do not oppose Appellant's requested extension.

WHEREFORE, Appellant respectfully requests that the Court extend the filing date to January 28, 2026.

Respectfully submitted,

By:  /s/ Lisa S. Blatt
LISA S. BLATT
JOSEPH M. TERRY
AMY MASON SAHARIA
NICHOLAS G. GAMSE
CLAIRE R. CAHILL
WILLIAMS & CONNOLLY LLP
  680 Maine Avenue, S.W.
  Washington, DC 20024
  (202) 434-5000
  lblattwc.com

RUSSELL B. PIERCE, JR.
NORMAN, HANSON, & DETROY, LLC
  2 Canal Plaza, P.O. Box 4600
  Portland, ME 04112
  (207) 774-7000
  rpierce@nhdlaw.com

*Counsel for Defendant-Appellant*

NOVEMBER 21, 2025

## CERTIFICATE OF SERVICE

    I, Lisa S. Blatt, counsel for defendant-appellant Monterey Bay Aquarium Foundation, certify that, on November 21, 2025, a copy of the attached Unopposed Motion for Extension of Time To File Opening Brief was filed with the Clerk and served on the parties through the Court's electronic filing system. I further certify that all parties required to be served have been served.

/s/ *Lisa S. Blatt*
LISA S. BLATT
