# United States Court of Appeals
## For the First Circuit

Nos. 25-1206
    25-1772

BEAN MAINE LOBSTER, INC.; MAINE LOBSTERMEN'S ASSOCIATION; MAINE COAST FISHERMEN'S ASSOCIATION, INC.; MAINE LOBSTER AND PROCESSING, LLC, d/b/a Atwood Lobster, LLC; BUG CATCHER, INC.,

Plaintiffs - Appellees,

v.

MONTEREY BAY AQUARIUM FOUNDATION,

Defendant - Appellant.

**ORDER OF COURT**

Entered: November 26, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Monterey Bay Aquarium Foundation to file a brief and appendix be enlarged to and including **January 28, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Megan Barbero, Lisa S. Blatt, Edward P. Boyle, Claire Rossell Cahill, Stephanie Diu, Nicholas G. Gamse, Alexandra A. Harriman, Kyle H. Keraga, Kevin J. Lipson, Russell B. Pierce, Jr., Clifford H. Ruprecht, Amy Mason Saharia, Sigmund D. Schutz, Joseph M. Terry