# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1206    Short Title: Bean Maine Lobster, Inc. v. Monterey Bay Aquarium Foundation

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Monterey Bay Aquarium Foundation _____ as the

[x] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

_____         January 28, 2026
Signature                         Date

Edward L. Pickup
Name

Williams & Connolly              202-434-5000
Firm Name (if applicable)        Telephone Number

680 Maine Ave SW
Address                          Fax Number

Washington, DC 20024             epickup@wc.com
City, State, Zip Code            Email (required)

Court of Appeals Bar Number: 1221975

Has this case or any related case previously been on appeal?

[ ] No         [x] Yes   Court of Appeals No. 25-8012, 25-1772

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).