# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1206      **Short Title:** Bean Main Lobster, Inc., et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Monterey Bay Aquarium Foundation     as the

[✓] appellant(s)     [ ] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Harold W. Hild          1/28/2026
Signature          Date

Harold W. Hild
Name

Williams & Connolly LLP          (202) 434-5000
Firm Name (if applicable)          Telephone Number

680 Maine Ave. SW          (202) 434-5029
Address          Fax Number

Washington, DC 20024          hhild@wc.com
City, State, Zip Code          Email (required)

Court of Appeals Bar Number: 1221997

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes    Court of Appeals No. 25-1772, 25-8012

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).