# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-1206, 25-1772     **Short Title:** Bean Maine Lobster v. Monter

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Please see Exhibit 1 _____ as the

[ ] appellant(s)         [ ] appellee(s)         [✔] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Sigmund D. Schutz
Signature

2/4/2026
Date

Sigmund D. Schutz
Name

Preti Flaherty, LLP
Firm Name (if applicable)

207-791-3247
Telephone Number

One City Center
Address

207-791-3111
Fax Number

Portland, Maine 04101
City, State, Zip Code

sschutz@preti.com
Email (required)

Court of Appeals Bar Number: 80591

Has this case or any related case previously been on appeal?

[✔] No         [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).