# United States Court of Appeals
## For the First Circuit

Nos. 25-1206
     25-1772

BEAN MAINE LOBSTER, INC.; MAINE LOBSTERMEN'S ASSOCIATION; MAINE COAST FISHERMEN'S ASSOCIATION, INC.; MAINE LOBSTER AND PROCESSING, LLC, d/b/a Atwood Lobster, LLC; BUG CATCHER, INC.,

Plaintiffs - Appellees,

v.

MONTEREY BAY AQUARIUM FOUNDATION,

Defendant - Appellant.

**ORDER OF COURT**

Entered: February 11, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Bean Maine Lobster, Inc., Bug Catcher, Inc., Maine Coast Fishermen's Association, Inc., Maine Lobster and Processing, LLC, and Maine Lobstermen's Association to file a brief be enlarged to and including **April 6, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Megan Barbero, Lisa S. Blatt, Edward P. Boyle, Claire Rossell Cahill, Stephanie Diu, Erica Fuller, Nicholas G. Gamse, Alexandra A. Harriman, Harold W. Hild, Kyle H. Keraga, Kevin J. Lipson, Edward L. Pickup, Russell B. Pierce, Jr., Clifford H. Ruprecht, Amy Mason Saharia, Sigmund D. Schutz, Joseph M. Terry